1
2
3
4
5
6
7
8
9          **UNITED STATES DISTRICT COURT**
10          **EASTERN DISTRICT OF CALIFORNIA**
11
12   SUSAN COLBY, et al.,                    No. 1:25-cv-00387 JLT SAB
13                     Plaintiffs,            ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND GRANTING
14          v.                                MOTION TO TRANSFER VENUE
15   VISIONWORKS OF AMERICA, INC.,            (Docs. 8, 20.)
16                     Defendant.
17          On April 3, 2025, Susan Colby, Asia Harris, Olywakemi Fosudo Ade, and Dana Berkley
18   commenced this putative online data privacy class action concerning the transmission of
19   personally identifiable information to unauthorized third parties. (Doc. 1, ¶ 3.) Defendant
20   VisionWorks is a Texas corporation, with its principal place of business in San Antonio, from
21   where it offers online optometry and retail services nationwide. (Doc. 1, ¶ 10, 40.) On June 30,
22   2025, Defendant filed a motion to transfer venue pursuant to the first-to-file rule 28 U.S.C.
23   § 1404(a). (Doc. 8.) The Court referred the motion to the assigned magistrate judge (Doc. 16),
24   and on October 16, 2025, the magistrate judge issued findings and recommendations that the
25   motion be granted. (Doc. 20.) On October 30, 2025, Plaintiffs timely filed objections. (Doc. 23.)
26   On November 13, 2025, Defendant filed a response to the objections. (Doc. 24.)
27          According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this
28   matter. Having carefully reviewed the entire file, including the objections and response, the

Court concludes the findings and recommendations are supported by the record and by proper analysis. The magistrate judge properly declined to recommend transfer based on the first-to-file rule given that the earlier-filed Texas matter has been administratively closed for many months, (*see* Doc. 20 at 6), but appropriately found that transfer was warranted under 28 U.S.C. § 1404 after considering all the relevant factors, including California's local interest and Plaintiff's choice of forum, neither of which are dispositive in the balance. Thus, the Court **ORDERS**:

      1.      The findings and recommendations (Doc. 20) filed October 16, 2025, is **ADOPTED** in full.

      2.      This motion to transfer venue (Doc. 8) is **GRANTED**.

IT IS SO ORDERED.

Dated:  **November 17, 2025**

UNITED STATES DISTRICT JUDGE